[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 1231.]

PENN TRAFFIC COMPANY, D.B.A. BIG BEAR STORES; ZEUS SHOPPING CENTER, INC., APPELLANT, *v*. CLARK COUNTY BOARD OF ELECTIONS, APPELLEE.

[Cite as *Penn Traffic Co. v. Clark Cty. Bd. of Elections*, 2000-Ohio-177.]

*Appeal dismissed as improvidently allowed.*

(No. 99-2206—Submitted October 11, 2000—Decided December 13, 2000.)

APPEAL from the Court of Appeals for Clark County, No. 99-CA-26.

————————————

*Lagos & Lagos* and *Thomas H. Lagos*, for appellant.

*Thomas E. Trempe*, Clark County Assistant Prosecuting Attorney, for appellee.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————